## Bevelock's Appeal.

Argued October 8, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*Otto P. Robinson,* with him *Maurice V. Cummings,* for appellant.

*Raymond T. Law,* with him *Frank J. McDonnell* and *Carlon M. O'Malley,* for appellee.

PER CURIAM, October 9, 1941:

The order of the court below sustaining the appeal of Thomas Ferguson and excluding the returns of the Second District, Second Ward of the Borough of Dunmore so far as they relate to the nomination for burgess of that borough is affirmed at the cost of appellant.